## Commonwealth *v.* Harris et al., Appellants.

Before HESS, P. J.

Submitted December 9, 1968. *Clement James Cassidy,* for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hartman, Appellant.

Before HEIMBACH, P. J.

Submitted December 9, 1968. *Thomas S. McCready,* for appellant; *John Deutsch,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Haywood, Appellant.

Before GUERIN, P. J.

Submitted December 9, 1968. No argument was made nor brief submitted for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.